IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02306-BNB

LEE ELDON WOODRING,

Applicant,

v.

WARDEN SUSAN JONES, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 03 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Lee Eldon Woodring, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City. Mr. Woodring initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006).

On November 16, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Woodring to file within thirty days an amended application that complied with the requirements of both Rule 8 of the Federal Rules of Civil Procedure and Rule 4 of the Rules Governing Section 2254 Cases. The November 16 order warned Mr. Woodring that if he failed within the time allowed to file an amended application as directed, the application would be denied and the action dismissed without further notice.

On November 21, 2007, Magistrate Judge Boland granted Mr. Woodring a thirty-day extension of time, and again warned him that failure to comply with the November

16, 2007, order within the time allowed would result in the dismissal of the instant action.

Mr. Woodring has failed within the time allowed to comply with the directives of the November 16 and 21, 2007, orders or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is denied without prejudice for failure to comply with the November 16, 2007, order for an amended application and for failure to prosecute.

DATED at Denver, Colorado, this 2 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02306-BNB

Lee E. Woodring
Prisoner No. 53700
Colorado State Penitentiary
PO Box 777 - Unit A-1-13
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/3/08

                                              GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                     Deputy Clerk